IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | ) ) ) | CIVIL NO.  05-00608 ACK-LEK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| AOAO MALUNA KAI ESTATES, | ) ) | |
| Defendant(s). | ) | |

_____

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on

July 30, 2007 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28,

United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special

Master On Defendant's Motion For Award of Attorney Fees" is adopted as the

opinion and order of this court.

IT IS SO ORDERED.

Dated: Honolulu, Hawai`i, August 28, 2007.



_____
Alan C. Kay
Sr. United States District Judge

Great Divide Insurance Co. v. AOAO Maluna Kai Estates; Civ. No. 05-00608 ACK-LEK; Order
Adopting Report of Special Master